447 A.2d 652

Commonwealth v. Brown, Appellant.

Petition for Allowance of Appeal Denied Dec. 29, 1982.

Submitted May 22, 1981. John P. Liekar, for appellant; Herman Bigi, District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

The order denying post conviction relief is hereby affirmed.

447 A.2d 652

Commonwealth v. Diener, Appellant.

Submitted February 10, 1982. Francis C. Sichko, for appellant; Herman J. Bigi, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.